GLPC LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

July 27, 2026

Hon. Judge Jesse M. Furman
United States District Judge
500 Pearl Street
New York, New York 10007

RE: PEREZ V. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al.
**Docket 1:26-cv-5255**

Dear Judge Furman:

This firm represents Plaintiff Meir Perez in the above referenced matter. I write to request a 30 day adjournment of the initial conference currently scheduled for August 5, 2026 (Doc. 7), and an extension of Defendants' time to answer or otherwise respond to the Complaint until the rescheduled initial conference.

This action was removed on June 22, 2026. At the time of removal, Defendant Rambod had not yet been served. I have now received confirmation from my process server that Mr. Rambod was served today by substituted service at his residence.

The requested adjournment will allow Mr. Rambod sufficient time to appear and will also permit the parties to continue ongoing discussions regarding an early resolution of the matter.

I thank the Court for its time and consideration on this matter.

Sincerely,

Gabriel Levy, Esq.

The initial pretrial conference previously scheduled for August 5, 2026 is hereby ADJOURNED to **September 9, 2026 at 9:00 a.m.** The deadline for Defendants to answer or otherwise respond is EXTENDED to **September 4, 2026.**

The Clerk of Court is directed to terminate ECF No. 10.

SO ORDERED.

July 27, 2026