LAW OFFICE OF
GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

July 30, 2026

Hon. Judge Jesse M. Furman
United States District Judge
500 Pearl Street
New York, New York 10007

RE: PEREZ V. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, et al.
**Docket 1:26-cv-5255**

Dear Judge Furman:

This firm represents Plaintiff Meir Perez in the above-referenced matter. On July 27, 2026, Plaintiff submitted a request to adjourn the initial conference and extend Defendant Massachusetts Mutual Life Insurance Company's time to answer or otherwise respond to the Complaint. The Court subsequently adjourned the initial conference to September 9, 2026 and extended Defendants' response deadline to September 4, 2026.

After further conferring, the parties respectfully request that Plaintiff be permitted to file an Amended Complaint on or before the September 9, 2026 initial conference, and that MassMutual's time to answer or otherwise respond be extended until thirty days after the filing of the Amended Complaint.

At the time of removal, Defendant Moshe Babak Rambod had not yet been served. Plaintiff has since received confirmation that Mr. Rambod was served on July 27, 2026 by substituted service at his residence. Plaintiff also intends to amend the Complaint. Allowing amendment through the initial conference will permit Mr. Rambod sufficient time to appear, allow Plaintiff to address the pleadings in a single amended filing, and permit the parties to continue ongoing discussions regarding an early resolution of the matter.

MassMutual consents to the requested relief. The parties also note that defense counsel is unavailable from August 26, 2026 through September 8, 2026. Accordingly, the parties respectfully request that Plaintiff be permitted to amend the Complaint on or before September 9, 2026, and that MassMutual's deadline to answer or otherwise respond to the operative pleading be extended to thirty days after the Amended Complaint is filed.

There are no other scheduled appearances or deadlines of which Plaintiff is aware.

I thank the Court for its time and consideration.

Sincerely,

Gabriel Levy, Esq.

Application GRANTED. The initial pretrial conference previously scheduled for September 9, 2026 is hereby ADJOURNED to **October 14, 2026 at 9:00 a.m.**

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

July 30, 2026