UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEIR PEREZ,<br><br>Plaintiff,<br><br>-v-<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY et al.,<br><br>Defendants. | 26-CV-5255 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motions to dismiss, *see* ECF Nos. 28 & 31, Defendants' earlier motions to dismiss filed at ECF Nos. 21 & 24 are hereby DENIED as moot. In light of the upcoming holidays, Plaintiff is granted until **December 8, 2026**, to file any opposition. Plaintiff should file a single, consolidated memorandum of law responding to both motions. (If Plaintiff needs extra words to do so, he should file a letter motion seeking appropriate relief.) Defendants shall file any replies by **December 15, 2026**.

The Clerk of Court is directed to terminate ECF Nos. 21 & 24.

SO ORDERED.

Dated: November 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge